No. 176. SHOTKIN *v.* JUDGES, SUPERIOR COURT, AT-LANTA CIRCUIT. October 14, 1946. Petition for writ of certiorari to the Supreme Court of Georgia denied.

No. 178. TINKOFF *v.* UNITED STATES. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. Petitioner *pro se. Solicitor General McGrath* and *Robert S. Erdahl* for the United States.

No. 247. BENTZ *v.* MICHIGAN. October 14, 1946. Petition for writ of certiorari to the Supreme Court of Michigan denied. Petitioner *pro se. John R. Dethmers,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 271. DePADILLA, EXECUTRIX, *v.* DePADILLA. October 14, 1946. Petition for writ of certiorari to the Supreme Court of the Philippines denied. *Arthur L. Quinn* for petitioner.

No. 274. TINKOFF *v.* WEST PUBLISHING CO. ET AL. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 289. MARTIN *v.* WAGNER, EXECUTRIX, ET AL. On petition for writ of certiorari to the Supreme Court of Alabama; and